UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JASON OJORD, | Civil No. 3:11-CV-00010-BR |
| Plaintiff, | |
| v. | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to

sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further

administrative proceedings pursuant to this Court's ORDER of remand, issued on

_Nov. 28_____, 2011.

DATED this _28th_ day of _November_ 2011.

_____
UNITED STATES DISTRICT JUDGE

Page 1      JUDGMENT - [3:11-CV-00010-BR]